**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6633**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

STEPHAN COTTERRELL,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Irene M. Keeley, Senior District Judge.  (1:17-cr-00063-TSK-MJA-1)

_____

Submitted:  May 19, 2025                                    Decided:  May 28, 2025

_____

Before AGEE, WYNN, and BERNER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Stephan Cotterrell, Appellant Pro Se.  Zelda Elizabeth Wesley, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Clarksburg, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephan Cotterrell seeks to appeal the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. During the pendency of this appeal, however, Cotterrell completed his term of imprisonment and was released from incarceration. Accordingly, we dismiss the appeal as moot. *See Fleet Feet, Inc. v. NIKE, Inc.*, 986 F.3d 458, 463 (4th Cir. 2021) ("If an event occurs during the pendency of an appeal that makes it impossible for a court to grant effective relief to a prevailing party, then the appeal must be dismissed as moot." (internal quotation marks omitted)). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
